IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEPHANIE RUSSELL, <br><br> Plaintiff, <br><br> v. <br><br> BARBARA M. BARRETT, Secretary, U.S. Department of the Air Force, <br><br> Defendant. | Case No. 3:19-cv-00353 <br><br> District Judge Walter H. Rice |

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

This matter is before the Court on the Unopposed Motion of Defendant for an Extension of Time to Respond to Plaintiff's Amended Complaint (ECF No. 9). Defendant seeks an additional 7-days to answer, move, or otherwise respond. For good cause shown, the Court **GRANTS** Defendant's Motion. (ECF No. 10). Defendant shall have until March 31, 2020 to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

**IT IS SO ORDERED.**

_____
HON. WALTER H. RICE
United States District Judge