IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STEPHANIE RUSSELL,

    Plaintiff,

v.

SECRETARY OF THE AIR FORCE,

    Defendant.

Case No. 3:19-cv-00353

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT'S MOTION TO DISMISS (DOC. #6) AND PLAINITFF'S MOTION FOR EXTENSION OF TIME TO RESPOND (DOC. #7)

---

Before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint, Doc. #6, and Plaintiff's Motion for Extension of Time to Respond, Doc. #7. Because an Amended Complaint was filed, Doc. #9, superseding the subject of Defendant's motion and Plaintiff's motion, the Court OVERRULES as moot Defendant's Motion to Dismiss Plaintiff's Complaint, Doc. #6, and Plaintiff's Motion for Extension of Time, Doc. #7.

Date: September 17, 2020

*(signature)* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE