IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE RUSSELL, | : | |
|     Plaintiff, | | |
| v. | : | Case No. 3:19-cv-353 |
| SECRETARY OF THE AIR FORCE, | : | JUDGE WALTER H. RICE |
|     Defendant. | : | |

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC #18) AND SUSTAINING IN PART AND OVERRULING IN PART DEFENDANT'S PARTIAL MOTION TO DISMISS (DOC. #12) AND OVERRULING PLAINTIFF'S MOTION TO EXTEND TIME AS MOOT (DOC. #7)

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington in her Report and Recommendations, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court adopts said judicial filing, Doc. #18.  Although the parties were notified of their right to file objections to the Report and Recommendations, and of the consequences of failing to do so, no objections were filed within the time allotted. The Court sustains Defendant's Partial Motion to Dismiss, Doc. #12, dismissing Plaintiff's Title VII claim based on the alleged racially discriminatory verbal counseling that occurred before or after November 2014 and overruling the

the remainder of said motion. Plaintiff's Motion to Extend Time, Doc. #14, is overruled as moot.

Date: March 31, 2021        *Walter H. Rice*  (tp - per Judge Rice authorization after his review)
                            WALTER H. RICE
                            UNITED STATES DISTRICT JUDGE