IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEPHANIE RUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>Frank Kendall III, Secretary,<br>U.S. Department of the Air Force,<br><br>Defendant. | Case No. 3:19-cv-00353<br><br>District Judge Walter H. Rice |

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT TO CONTINUE TRIAL DATE AND RESET DEADLINES**

The Court **GRANTS** Defendant's Unopposed Motion to Continue Trial Date and Related Deadlines (ECF No. 29), for good cause shown; **VACATES** all dates set forth in the Amended Preliminary Pretrial Conference Order entered by the Court on September 2, 2021 (ECF No. 28); and **RESETS** all deadlines as follows:

1. Request for Admissions: **1/30/2022**
2. Primary Expert Designations: **n/a**
3. Rebuttal Expert Designations: **n/a**
4. Cut-off for Discovery: **3/1/2022**
5. Telephone status conference following discovery deadline, to explore ADR options: **3/4/2022 at 5:00 p.m.**
6. Cut-off date for filing motions for summary judgment: **4/1/2022**
7. Cut-off date for all other pretrial motions, i.e., motions in limine, motions for a view, etc.: **7/22/2021**
8. Joint Final Pretrial Order by parties to be filed no later than: **7/29/2021**
9. Trial Exhibits to be exchanged by: **8/3/2021**
10. Final Pretrial Conference to be held by telephone conference on: **8/10/2022 at 5:00 p.m.**

| | |
|---|---|
| 11. Deadline for submitting proposed jury instructions, including verdict forms and interrogatories (with additional copy to be submitted in Word format to Rice_Chambers@ohsd.uscourts.gov) , and original copy of depositions, with designations, that counsel intend to use at trial: | **At least 10 days prior to trial** |
| 12. Deadline for submitting counter-designations: | **At least 7 days prior to trial** |
| 13. Jury trial on the merits, beginning: | **8/22/2022 at 9:00 a.m.** |
| 14. Law Clerk assigned to case: | **Dianne Marx** |
| 15. Magistrate Judge assigned to case: | **Sharon L. Ovington** |

**IT IS SO ORDERED.**

Hon. Walter H. Rice
United States District Court