## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEPHANIE A. RUSSELL, | Case No. 3:19-cv-353 |
| Plaintiff, | District Judge Walter H. Rice |
| v. | Magistrate Judge Caroline H. Gentry |
| FRANK KENDALL III, SECRETARY OF THE AIR FORCE, | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on Defendant's Unopposed Motion for Extension of Time to file his Reply Memorandum in Support of Defendant's Motion for Summary Judgment and in Response to Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss (ECF No. 47). The current deadline is June 14, 2022. For good cause shown, the Motion seeking an additional 10 days is **GRANTED**. Defendant shall therefore file his Reply Memorandum on or before June 24, 2022.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE